# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JODY SCHUTTE,

        Plaintiff,

v.

        Case No. 16-CV-297-JPS

DATA FACTS, INC. and
HOLZ MOTORS, INC.,

        **ORDER**

        Defendants.

    Plaintiff initiated this action on March 10, 2016, alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (Docket #1). On February 10, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or attorney's fees assessed to any party. (Docket #25). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Accordingly,

    **IT IS ORDERED** that the parties' stipulation of dismissal (Docket #25) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs or attorney's fees to any party.

    Dated at Milwaukee, Wisconsin, this 13th day of February, 2017.

        BY THE COURT:

        _____
        J.P. Stadtmueller
        U.S. District Judge